Sanrio Inc et al v. El Sol Trading et al    Doc. 5

FILED
CLERK, U.S. DISTRICT COURT

JUN 12 2007

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANRIO, INC., et al.,<br><br>PLAINTIFF(S)<br><br>v.<br><br>EL SOL TRADING, WOO SUNG LIM<br>and DOES 1-10, inclusive,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV 07-3608 RGK (FMOx)<br><br>ORDER TO REASSIGN CASE<br>UPON RECUSAL OF MAGISTRATE JUDGE<br>☒ FOR DISCOVERY<br>☐ PER GENERAL ORDER 194 |

The undersigned Magistrate Judge to whom the above-entitled case was referred, being of the opinion that he/she should not hear said case by reason of __an attorney for plaintiff's counsel previously worked for the undersigned.__ Accordingly, the undersigned believes that his impartiality might reasonably be questioned.

_____,

HEREBY ORDERS the case reassigned by the Clerk in accordance with section 3.2 of General Order 224, and

June 5, 2007                                    _____
Date                                            United States Magistrate Judge

## NOTICE TO COUNSEL FROM THE CLERK

This case has been randomly referred to Magistrate Judge __Margaret A. Nagle__.
On all documents subsequently filed in this case, substitute the initials __MAN__ after the case number in place of the initials of the prior Magistrate Judge so that the case number will read as: __CV 07-3608 RGK (MANx)__.

This is very important because documents are routed to the Magistrate Judge by means of the initials.

ENTERED ON CM 6/12/07

Dockets.Justia.com