J. Andrew Coombs (SBN 123881)
J. Andrew Coombs, A. P. C.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone: (818) 500-3200
Facsimile: (818) 500-3201

FILED
CLERK, US DISTRICT COURT
AUG 29 2007
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

SEND

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sanrio, Inc., DC Comics, Warner Bros. Entertainment Inc. and Disney Enterprises, Inc., Plaintiff(s) | CASE NUMBER<br>CV07-3608 RGK (FMOx) |
| v. | |
| El Sol Trading, Woo Sung Lim and Does 1-10, inclusive, Defendant(s). | ORDER ON<br>REQUEST FOR APPROVAL OF<br>SUBSTITUTION OF ATTORNEY |

The Court hereby orders that the request of:

_Sanrio, Inc., et al._     ☑ Plaintiff  ☐ Defendant  ☐ Other _____
_Name of Party_

to substitute _Nicole L. Drey_ who is

☑ Retained Counsel    ☐ Counsel appointed by the Court (Criminal cases only)    ☐ Pro Se

_517 East Wilson Avenue, Suite 202_
_Street Address_

_Glendale, California 91206_         _nicole@coombspc.com_
_City, State, Zip_                    _E-Mail Address_

_(818) 500-3200_      _(818) 500-3201_      _250235_
_Telephone Number_    _Fax Number_           _State Bar Number_

as attorney of record in place and stead of _Alexandra E. Ciganer_
                                             _Present Attorney_

is hereby  ☑ GRANTED    ☐ DENIED

AUG 29 2007
Dated _____                    _[signature]_
                                         U. S. District Judge/U.S. Magistrate Judge

DOCKETED ON CM
AUG 29 2007
BY _____ 008

**NOTICE TO COUNSEL:** IF YOU ARE CURRENTLY ENROLLED IN THE OPTICAL SCANNING PROGRAM AND HAVE CHANGED YOUR E-MAIL ADDRESS SINCE YOUR ENROLLMENT, YOU MUST COMPLETE AN ENROLLMENT/UPDATE FORM (G-76) TO ENSURE THAT DOCUMENTS ARE SERVED AT THE PROPER E-MAIL ADDRESS. THIS FORM, AS WELL AS INFORMATION ABOUT THE OPTICAL SCANNING PROGRAM IS AVAILABLE ON THE COURT'S WEBSITE AT WWW.CACD.USCOURTS.GOV.

G-01 ORDER (06/05)                ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY

# PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause. I am employed by a member of the Bar of the United States District Court of California. My business address is 517 East Wilson Avenue, Suite 202, Glendale, California 91206.

On August 27, 2007 I served on the interested parties in this action with the:

- REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY
- ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY

for the following civil action:

<u>Sanrio, Inc. v. El Sol Trading, et al.</u>

by placing a true copy thereof in a sealed envelope. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

| El Sol Trading<br>225 East Winston Street, #2<br>Los Angeles, CA 90013 | Woo Sung Lim<br>225 East Winston Street, #2<br>Los Angeles, CA 90013 |
|---|---|

Place of Mailing: Glendale, California
Executed on August 27, 2007 at Glendale, California

_____
Katrina Bartolome